IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST OPERATING ENGINEERS WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION TRUST FUND, OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND, LOCAL 150 I.U.O.E. VACATIONS SAVINGS PLAN, MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND, CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND, and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-CV-3475 |
| v. | ) ) | JUDGE ROBERT M. DOW |
| SNOW SYSTEMS, INCORPORATED, an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

**AGREED DISMISSAL ORDER**

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the signed settlement agreement dated December 16, 2019. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail and without reference to the settlement agreement, the act or acts to be completed or restrained.

      2.      By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

      3.      This case is dismissed without prejudice with leave to reinstate on or before July 10, 2020, for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the settlement agreement. However, the parties are barred from relitigating any claims raised in this litigation or any claims released by means of the settlement agreement. After July 10, 2020, such dismissal shall be with prejudice.

      4.      In the event a motion to reinstate or motion to enforce settlement is not filed on or before July 10, 2020, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

ENTER:

_____

The Honorable Robert M. Dow
United States District Court Judge

Dated: 12/18/2019